# **EXHIBIT D**

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASTEL S.A., <br><br> Plaintiff, <br><br> v. <br><br> AURORA IMAGING TECHNOLOGY, INC. and DOES 1 through 10, <br><br> Defendants. | Case No.: CV 17-4198-DMG (KSx) <br><br> **JUDGMENT** |

This Court having granted Plaintiff's motion for summary judgment on January 18, 2018,

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Plaintiff Castel S.A. ("Plaintiff") and against Defendant Aurora Imaging Technology, Inc. ("Defendant") on Plaintiff's breach of contract cause of action.

IT IS FURTHER ORDERED that Defendant shall pay Plaintiff the amount of $338,385.05, which is comprised of the initial loan amount of $250,000 and all accrued interest as of December 31, 2014. Defendant shall also pay the interest accrued from January 1, 2015 until the date of final payment to Plaintiff, pursuant to the terms of the promissory note found in Exhibit A to Lisa Parrish's Declaration. [Doc. # 29-3.]

This Court retains jurisdiction over this action for the purpose of implementing and enforcing this Judgment.

**IT IS SO ORDERED.**

DATED: January 18, 2018

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE