KASOWITZ BENSON TORRES LLP
Albert S. Mishaan (*Pro Hac Vice)*
AMishaan@kasowitz.com
Joshua Paul (*Pro Hac Vice)*
JPaul@kasowitz.com
1633 BROADWAY
NEW YORK, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

Lyn R. Agre (SBN 178218)
LAgre@kasowitz.com
2029 Century Park East, Suite 2000
Los Angeles, CA 90067
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

Attorneys for Defendants
PHAROS CAPITAL PARTNERS II, LP and
PHAROS CAPITAL PARTNERS II-A, LP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CASTEL S.A., a Luxembourg joint stock company (*societe anonyme*),

Plaintiff,

v.

CHRISTOPHER A. WILSON, an individual; PHAROS CAPITAL PARTNERS II, LP, a Delaware limited partnership; PHAROS CAPITAL PARTNERS II-A, LP, a Delaware limited partnership; OLIVIA HO CHENG, an individual; ARF PARTNERS, LLC, a Massachusetts limited liability company, AURORA HEALTHCARE US CORP, a Massachusetts corporation; STEVEN J. JAMES, an individual.,

Defendants.

Case No. 2:19-cv-09336-ODW-MAA

**DEFENDANTS PHAROS CAPITAL PARTNERS II, LP AND PHAROS CAPITAL PARTNERS II-A, LP'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S CLAIMS ASSERTED AGAINST THEM IN THE FIRST AMENDED COMPLAINT**

Judge: Honorable Otis D. Wright II
Date: March 23, 2020
Time: 1:30 P.M.
Courtroom: 5D

TO THE COURT, DEFENDANT, AND ALL COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on Monday, March 23, 2020 at 1:30 P.M. or at such other time as the Court may set for hearing, in Courtroom 5D of the above-named court, located in the Ronald Reagan Federal Building and U.S. Courthouse, 411 West 4th Street, Santa Ana, California 92701, Defendants Pharos Capital Partners II, LP and Pharos Capital Partners II-A, LP (together, "Pharos" or the "Pharos Entities") will and hereby do move the Court for an order, pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(6), and 9(b), dismissing any and all claims asserted against Pharos in Plaintiff Castel S.A.'s First Amended Complaint.

This Motion is made following multiple discussions between counsel for Plaintiff and Pharos pursuant to Local Rule 7-3, including a meet and confer which took place on February 12, 2020.

This Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Joshua N. Paul in Support of Pharos's Motion to Dismiss and exhibits thereto, the papers and pleadings on file in this matter, including the trial record, and any other oral or documentary evidence that may be presented to the Court.

Dated: February 19, 2020

KASOWITZ BENSON TORRES LLP

By: */s/ Lyn R. Agre*
Albert S. Mishaan
Joshua Paul
Lyn R. Agre
Attorneys for Defendants
PHAROS CAPITAL PARTNERS II, LP and PHAROS CAPITAL PARTNERS II-A, LP