UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CASTEL S.A., a Luxembourg joint stock company (*societe anonyme*),<br><br>Plaintiff,<br><br>v.<br><br>CHRISTOPHER A. WILSON, an individual; OLIVIA HO CHENG, an individual; ARF PARTNERS, LLC, a Massachusetts limited liability company; STEVEN J. JAMES, an individual,<br><br>Defendants. | Case No. 2:19-cv-09336-ODW(PVC)<br><br>ORDER GRANTING JOINT STIPULATION TO EXTEND MOTION CUTOFF TO ALLOW FILING AND HEARING OF FRCP 11 MOTION FOR SANCTIONS<br><br>The Honorable Otis D. Wright II<br>Courtroom 5D, 5th Floor<br><br>Action Filed: October 30, 2019<br>Pre-Trial Conference:<br>    December 28, 2022<br>Trial: January 17, 2023 |

## **ORDER**

HAVING FOUND GOOD CAUSE APPEARING and pursuant to the parties' stipulation, Rule 16(b)(4) of the Federal Rules of Civil Procedure, and Local Rule 16-14, the Court grants the relief requested as follows:

The Court extends the motion cutoff from August 30, 2021 to May 23, 2022, for the limited purpose of hearing Defendant STEVEN J. JAMES' Federal Rule of Civil Procedure 11 motion.

**IT IS SO ORDERED.**

Dated: March 22, 2022

_____
Honorable Otis D. Wright II
United States District Judge