Alison P. Buchanan (SBN 215710)
alison.buchanan@hogefenton.com
Laura C. Riparbelli (SBN 311226)
laura.riparbelli@hogefenton.com
HOGE, FENTON, JONES & APPEL, INC.
55 South Market Street, Suite 900
San Jose, California 95113-2324
Phone: 408.287.9501
Fax: 408.287.2583

Attorneys for Defendant
STEVEN J. JAMES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

CASTEL S.A., a Luxembourg joint stock company (*societe anonyme*),

　　　　　Plaintiff,

　　v.

CHRISTOPHER A. WILSON, an individual; PHAROS CAPITAL PARTNERS II, LP, a Delaware limited partnership; PHAROS CAPITAL PARTNERS II-A, LP, a Delaware limited partnership; OLIVIA HO CHENG, an individual; ARF PARTNERS, LLC, a Massachusetts limited liability company; AURORA HEALTHCARE US CORP, a Massachusetts corporation; STEVEN J. JAMES, an individual,
　　　　　Defendants.

Case No. 2:19-cv-09336-ODW(PVC)

NOTICE OF LODGING OF [PROPOSED] JUDGMENT FOR DEFENDANT STEVEN J. JAMES

1  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that Defendant STEVEN J. JAMES hereby lodges
3  the [Proposed] Judgment for Defendant STEVEN J. JAMES. ("Proposed
4  Judgment"). A true and correct copy of the Proposed Judgment is attached hereto as
5  **Exhibit 1**.

6  DATED: September 1, 2022          HOGE, FENTON, JONES & APPEL, INC.

9                           By:   /s/ Alison P. Buchanan
10                                Alison P. Buchanan
                                  Laura C. Riparbelli
11                                Attorneys for Defendant
                                  STEVEN J. JAMES

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st of September, 2022, I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system, which will send notification to all parties of record or persons requiring notice.

          /s/ Alison P. Buchanan
          Alison P. Buchanan