Antonio Valla, Esq. (SBN 136256)
Lisa Schachne, Esq. (SBN 300499)
Kevin Sherman, Esq. (SBN 316823)
Valla & Associates, Inc., P.C.
333 Bush Street, Suite 2020
San Francisco, CA 94104
Telephone: 415.856.9001

Attorneys for
Castel S.A. a Luxembourg joint stock company *(societe anonyme)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASTEL S.A., a Luxembourg joint stock company *(societe anonyme)*<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER A. WILSON, an individual; OLIVIA HO CHENG, an individual; ARF PARTNERS, LLC, a Massachusetts limited liability company; STEVEN J. JAMES, an individual.<br><br>Defendants. | Case No.: 2:19-cv-09336-ODW-PVC<br><br>**JOINT STIPULATION TO WAIVE JURY TRIAL PURSUANT TO FRCP 39(a)(1)**<br><br>The Honorable Otis D. Wright II<br>Courtroom 5D, 5th Floor<br><br>Trial: January 17, 2023 |

Pursuant to Rule 39(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Castel S.A. ("Castel") and Defendants Christopher Wilson and ARF Partners, LLC, by and through their respective counsels of record, hereby stipulate as follows:

WHEREAS, on October 30, 2019, Plaintiff Castel filed this action for fraudulent deceit and concealment, breach of fiduciary duty, civil conspiracy,

breach of contract, and unjust enrichment in the United States District Court – Central District of California (Doc. 1);

WHEREAS, on January 29, 2020, Plaintiff filed its First Amended Complaint (Doc. 44);

WHEREAS, Defendants filed their respective Motions to Dismiss Plaintiff's First Amended Complaint, and, on July 15, 2020, the Court granted in part and denied in part Defendants' Motions to Dismiss (Doc. 73);

WHEREAS, following the Court's Order on Defendants' Motions to Dismiss, on January 28, 2021, Plaintiff filed its Second Amended Complaint (Doc. 91);

WHEREAS, on March 1, 2021, Defendants Christopher A. Wilson and ARF Partners, LLC filed their answers along with demands for jury trial (Docs. 94 and 95);

WHEREAS, pursuant to Local Rule 16-2, the parties met and conferred on November 10, 2022 to discuss various pre-trial issues, including Defendants' waiver of their demand for a jury trial; and

WHEREAS, as a result of this call, and the dismissal of certain parties which had demanded a jury, the parties have agreed to stipulate to waive a jury trial and move forward with a bench trial for the upcoming January 17, 2023 trial.

NOW THEREFORE, IT IS STIPULATED AND AGREED, by and between the parties through the undersigned counsel, that Defendants Christopher

A. Wilson and ARF Partners, LLC waive their respective demands for jury trial and the parties agree to a bench trial for the January 17, 2023 trial, as currently scheduled.

IT IS SO STIPULATED.

DATED: November 17, 2022        Valla & Associates, Inc., P.C.

By:  /s/ Antonio Valla
     Antonio Valla, Esq.
     Attorneys for Plaintiff Castel S.A.

Julander, Brown & Bollard

By:  /s/ Dirk O. Julander
     Dirk O. Julander, Esq.
     Attorneys for Defendants Olivia Ho Cheng, ARF Partners, LLC, and Christopher Wilson

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Dirk O. Julander, Esq., counsel for Defendants ARF Partners, LLC, and Christopher A. Wilson. I have obtained Mr. Julander's authorization to affix his electronic signatures to this document.

 /s/ Antonio Valla
  Antonio Valla, Esq.
  Valla & Associates, Inc., P.C.
  Attorneys for Plaintiff