# United States District Court
# Central District of California

| | |
|---|---|
| CASTEL S.A., <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER A. WILSON et al., <br><br> Defendants. | Case № 2:19-cv-09336-ODW (PVCx) <br><br> **ORDER GRANTING IN PART JOINT STIPULATION TO WAIVE JURY TRIAL PURSUANT TO FRCP 39(a)(1)** |

Pursuant to the parties' Stipulation to Waive Jury Trial Pursuant to Federal Rule of Civil Procedure 39(a)(1) and good cause appearing therefore, the Court **ORDERS** that a jury trial is hereby waived and the parties will move forward with a bench trial as stipulated. The Court **CONTINUES** the trial from January 17, 2023, to February 24, 2023 at 9:00 a.m.

**IT IS SO ORDERED.**

November 18, 2022

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**