# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 2:19-cv-09336-ODW (PVCx) | Date | December 21, 2022 |
|---|---|---|---|
| Title | *Castel S.A. v. Christopher A. Wilson et al.* | | |

**Present: The Honorable** Otis D. Wright II, United States District Judge

| Sheila English | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings (In Chambers):**

In light of the parties' Statement of Consent to Proceed Before a United States Magistrate Judge, (ECF No. 192), the Court **VACATES** the February 24, 2023 trial date and all other dates and deadlines in this matter.

**IT IS SO ORDERED.**

                                                                      : 00

Initials of Preparer    SE