# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  2:19-cv-09336 DFM | Date:  January 10, 2023 |
| Title  Castel S.A. v. Christopher A. Wilson, et al. | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | CS 01/10/2023 |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Antonio Valla<br>Lisa Schachne | Dirk Julander<br>Catherine Close |

**Proceedings:** Telephonic Status Conference

Case called and counsel make their appearances. Court and counsel confer regarding scheduling. Court sets the Final Pretrial Conference for May 3, 2023, at 10:00 am. Court sets the Bench Trial for May 22, 2023, at 9:00 am.

_____ : ___12___

Initials of Clerk:  nb