Antonio Valla, Esq. (SBN 136256)
Lisa Schachne, Esq. (SBN 300499)
Kevin Sherman, Esq. (SBN 316823)
Valla & Associates, Inc., P.C.
333 Bush Street, Suite 2020
San Francisco, CA 94104
Telephone:  415.856.9001

Attorneys for
Castel S.A. a Luxembourg joint stock company *(societe anonyme)*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASTEL S.A., a Luxembourg joint stock company *(societe anonyme)* <br><br> Plaintiff, <br><br> vs. <br><br> CHRISTOPHER A. WILSON, an individual; OLIVIA HO CHENG, an individual; ARF PARTNERS, LLC, a Massachusetts limited liability company; STEVEN J. JAMES, an individual. <br><br> Defendants. | No. CV 19-09336-DFM <br><br> **JOINT WITNESS LIST WITH PARTIES' DEPOSITION TRANSCRIPT DESIGNATIONS AND OBJECTIONS** <br><br> Courtroom: 6B, 6th Floor <br> Judge: Hon. Douglas F. McCormick <br> Action Filed: October 30, 2019 <br> Pre-Trial Conference: May 3, 2023 <br> Trial Date: May 22, 2023 |

*Left margin vertical text:* Valla & Associates, Inc., P.C.
333 Bush Street, Suite 2020
San Francisco, CA 94104
www.vallalaw.com

Valla & Associates, Inc., P.C.
333 Bush Street, Suite 2020
San Francisco, CA 94104
www.vallalaw.com

## PLAINTIFF'S PROSPECTIVE LIST OF WITNESSES
**(In the order the witnesses are to be called per the Court's Scheduling Order)**

### 1. Mattia Malacalza

Mr. Malacalza is the corporate representative for Plaintiff Castel S.A. ("Castel") and will testify regarding the following matters: Plaintiff's Second Amended Complaint; Castel's initial investment in Aurora Imaging Technology, Inc. ("AIT") through its purchase of Series C and Series D preferred shares; Castel's $250,000 loan to AIT; Castel's knowledge or lack thereof regarding the sale of AIT's assets to Aurora Healthcare; the information Castel discovered that it never received; and Castel's damages as a result of Defendants' actions. Mr. Malacalza's testimony is unique as he will be the only individual testifying on behalf of Castel.

Estimated length of time for Plaintiff's direct:  **5 hours**

Estimated length of time for cross-examination: **4-5 hours**

Mr. Malacalza will testify at trial in person, if U.S. travel law allows, otherwise Mr. Malacalza may testify remotely. Regardless, Mr. Malacalza will require the use of an English-to-Italian interpreter.

### 2. ARF Partners, LLC

Ms. Cheng, as a corporate representative for Defendant ARF Partners, LLC, will testify regarding the following matters: allegations in Plaintiff's Second Amended Complaint; creation and formation and role in Defendant ARF; the negotiations and transaction between ARF and Pharos; efforts to rescue the

1 technology; communications and relationship with Defendant Christopher Wilson

2 ("Wilson"); communications with Plaintiff Castel; disclosures made to

3 shareholders regarding the asset purchase agreements; and related consents to the

4 asset purchase agreements.

5       Ms. Cheng's testimony is necessary because she is the corporate

6 representative of ARF, a named defendant in this case.

7       Estimated length of time for Plaintiff's direct:  **3 hours**

8       Estimated length of time for Wilson's and ARF's direct: **4 hours**

9       ARF, through Ms. Cheng, will testify at trial in person.

10 **3. Olivia Ho Cheng**

11       Ms. Cheng will testify regarding the following matters: allegations in

12 Plaintiff's Second Amended Complaint; creation of AIT; her and her family's

13 investment in AIT; duties and tasks performed as AIT's CEO; AIT's subsidiaries

14 and international entities; duties, role, and obligations as AIT's CEO; AIT's

15 financial status; negotiations with potential purchasers of AIT's assets;

16 communications and relationship with Defendant Wilson; communications with

17 Plaintiff Castel; her resignation from AIT; creation and formation and role in

18 Aurora Healthcare, SPC and AHC; AIT's threatened bankruptcy; negotiation of

19 the sale of AIT's assets; disclosures made to shareholders regarding the asset

20 purchase agreement; shareholder consents to the asset purchase agreement; Asset

21 Purchase Agreement with Aurora Healthcare, SPC and its terms; Asset Purchase

Valla & Associates, Inc., P.C.
333 Bush Street, Suite 2020
San Francisco, CA 94104
www.vallalaw.com

Valla & Associates, Inc., P.C.
333 Bush Street, Suite 2020
San Francisco, CA 94104
www.vallalaw.com

1   Agreement with AHC and its terms; valuation of AIT; closing and transfer of

2   AIT's assets following sale; and any remaining duties with or interest in AIT,

3   AHC, and ARF.

4         Ms. Cheng's testimony is necessary because she is the corporate

5   representative of ARF, a named defendant in this case.  Her testimony will be

6   unique because she was AIT's CEO for several years, and she is a founding

7   individual and representative of Defendant ARF, related companies, and the

8   eventual purchaser of AIT's assets, AHC.

9         Estimated length of time for Plaintiff's direct:  **3 hours**

10        Estimated length of time for Wilson's and ARF's direct: **4 hours**

11        Ms. Cheng will testify at trial in person.

12   **4.   Christopher A. Wilson**

13        Mr. Wilson, a defendant in this matter, will testify regarding the following

14   matters: allegations in Plaintiff's Second Amended Complaint; his and his

15   family's investment in AIT; duties and tasks performed as AIT's outside counsel;

16   duties and tasks as director on AIT board of directors; becoming CEO and sole

17   director of AIT; duties, role, and obligations as AIT's CEO and sole director;

18   AIT's financial status; communications and relationship with Olivia Ho Cheng

19   ("Cheng"); communications with Castel; communicating and settling AIT creditor

20   and shareholder debts; the transaction and negotiations between ARF Partners,

21   LLC ("ARF"), Pharos Capital Partners II, LP, and Pharos Capital Partners II-A,

Valla & Associates, Inc., P.C.
333 Bush Street, Suite 2020
San Francisco, CA 94104
www.vallalaw.com

1  LP (collectively "Pharos"); negotiations with potential purchasers of AIT's assets;

2  negotiation of the sale of AIT's assets; AIT's potential bankruptcy; disclosures

3  made to shareholders (including Plaintiff); Asset Purchase Agreement with

4  Aurora Healthcare, SPC and its terms; Asset Purchase Agreement with Aurora

5  Healthcare US Corp. ("AHC") and its terms; valuation of AIT; shareholder

6  consents to the asset purchase agreement; closing and transfer of AIT's assets

7  following sale; payment of AIT's creditors from the proceeds of sale; and any

8  remaining duties with or interest in AIT, AHC, and ARF.

9       Mr. Wilson's testimony is necessary because he is a named defendant in

10 this case.  His testimony is also unique because he was the sole officer and

11 director of AIT during each of the transactions alleged. He will have special

12 insight into AIT-specific topics like the company's financial status, negotiations

13 of the sale of its assets, and prospective buyers.

14      Estimated length of time for Plaintiff's direct:  **5 hours**

15      Estimated length of time for Wilson's and ARF's direct: **5 hours**

16      Mr. Wilson will testify at trial in person.

17 **5. Steven J. James**

18      Mr. James will testify regarding the following matters: allegations in

19 Plaintiff's Second Amended Complaint; creation of AIT; his role in AIT's

20 predecessor company; his investment in AIT; duties and tasks performed as AIT's

21 CFO, Secretary, and Treasurer; AIT's subsidiaries and international entities;

AIT's finances since its inception to the sale of its assets; his role as a consultant

for AIT; negotiations with potential purchasers of AIT's assets; communications

and relationship with Wilson; communications and relationship with Cheng;

communications with Castel; his resignation from AIT; AIT's potential

bankruptcy; the negotiations and transaction between ARF and Pharos;

negotiation of the sale of AIT's assets; Asset Purchase Agreement with Aurora

Healthcare, SPC and its terms; Asset Purchase Agreement with AHC and its

terms; negotiation and valuation of AIT; closing and transfer of AIT's assets

following sale; and any remaining duties with or interest in AIT, AHC, and ARF.

Mr. James' testimony is necessary because his testimony will be unique as

he was AIT's CFO from April 1999 to June 25, 2014, and Plaintiff alleges that

Mr. James played a role in obtaining the valuation of AIT's assets and alleges that

he worked closely with Defendants Wilson and Cheng to facilitate the eventual

sale of AIT's assets.

Mr. James will testify either via remote, audio-visual technology, such as

Zoom, or via deposition transcript. The parties' designations of Mr. James's

transcript and corresponding objections are found below.

## DEFENDANTS' PROSPECTIVE LIST OF WITNESSES
**(In addition to the witnesses identified above which Defendants intend to call, Defendants may also call the following witnesses.)**

### 1. Anna Kovalkova

Ms. Kovalkova, a third party, will testify regarding the following matters:

Pharos' purchase of Series C and Series D shares of AIT; Pharos' loans to AIT;

Valla & Associates, Inc., P.C.
333 Bush Street, Suite 2020
San Francisco, CA 94104
www.vallalaw.com

Valla & Associates, Inc., P.C.
333 Bush Street, Suite 2020
San Francisco, CA 94104
www.vallalaw.com

1   Pharos' communications and relationship with Castel; Cheng's resignation; AIT's

2   financial condition in 2015; the negotiations and transaction between ARF and

3   Pharos, including communications with Wilson and Cheng; duties,

4   responsibilities, and obligations as AIT's Treasurer and Secretary; Pharos'

5   investments in AIT-related entities; and any remaining duties with or interest in

6   AIT, AIT-related entities, and Pharos.

7         Ms. Kovalkova's testimony is unique because she is currently the sole

8   representative for Pharos, which was the previous majority shareholder in AIT for

9   Series C and Series D shares, and she also served on the board and as AIT's

10  Treasurer for a period of time.

11        Ms. Kovalkova will testify via deposition transcript. The parties'

12  designations of Ms. Kovalkova's transcript and corresponding objections are

13  found below.

14  **2. Michael Parilla\***

15        Mr. Parilla, former Chief Operating Officer of AIT, will testify regarding

16  the following matters: operations of the company in and around 2015, and his

17  knowledge regarding efforts to sell AIT or its assets.

18        Estimated length of time for Wilson's and ARF's direct: **1 hour**

19        Estimated length of time for cross-examination: **1-3 hours**

20        Mr. Parilla will testify at trial via remote, audio-visual technology, such as

21  Zoom.

Valla & Associates, Inc., P.C.
333 Bush Street, Suite 2020
San Francisco, CA 94104
www.vallalaw.com

### 3.  Joel Johnson*

Mr. Johnson, Principal of Orchard Partners, Inc., will testify regarding the following matters: the valuation performed in relation to the asset purchase transaction, including the basis for the valuation opinion.

Estimated length of time for Wilson's and ARF's direct: **1.5 hours**

Estimated length of time for cross-examination: **1-3 hours**

Mr. Johnson will testify at trial via remote, audio-visual technology, such as Zoom.

### 4.  Robert Lapowsky*

Mr. Lapowsky, former bankruptcy counsel for AIT at Stevens & Lee, will testify regarding the following matters: the financial condition of AIT in 2015 and his retention in connection with a potential bankruptcy.

Estimated length of time for Wilson's and ARF's direct: **1 hour**

Estimated length of time for cross-examination: **1-3 hours**

Mr. Lapowsky will testify at trial via remote, audio-visual technology, such as Zoom.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Pursuant to Local Rule 16-4, Plaintiff Castel S.A. and Defendants Christopher A. Wilson and ARF Partners, LLC respectively submit the following designations and corresponding objections of the depositions of Steven J. James and Anna Kovalkova.

1

**PARTIES' DESIGNATIONS OF THE DEPOSITION TRANSCRIPT OF
<u>STEVEN J. JAMES</u> AND CORRESPONDING OBJECTIONS**

2

**Plaintiff's Designations and Defendants' Objections**

3

| Page | Line | Defendants' Objections |
|------|------|------------------------|
| 12 | 11-18; 23-25 | |
| 13 | 20-25 | |
| 14 | 1 | |
| 20 | 7-12 | |
| 22 | 1-10; 15-24 | |
| 23 | 11-25 | |
| 24 | 1-3 | |
| 37 | 4-25 | |
| 38 | 1-3; 8-16 | |
| 40 | 17-25 | |
| 41 | 1-17 | |
| 42 | 6-16 | |
| 43 | 11-16 | |
| 44 | 20-25 | |
| 45 | 1-4 | |
| 46 | 4-5 | |
| 47 | 7-16; 19-25 | |
| 48 | 1; 14-25 | |
| 49 | 1-12 | |
| 51 | 22-25 | |
| 52 | 1 | |
| 56 | 5-18 | |
| 57 | 3-8 | Argumentative |
| 59 | 6-16 | |
| 60 | 23-25 | |
| 61 | 1; 7-25 | |
| 62 | 1-8; 25 | |
| 63 | 1-20 | |
| 65 | 14-24 | |
| 69 | 23-25 | |
| 70 | 1-21 | |
| 72 | 11-13; 20-25 | |
| 73 | 1-17 | |
| 76 | 1-25 | |
| 77 | 1-25 | |
| 78 | 1-25 | |
| 79 | 1-25 | |
| 80 | 1-25 | |
| 81 | 1-25 | |
| 82 | 1-25 | |
| 83 | 1-25 | Argumentative; lack of foundation; |

Valla & Associates, Inc., P.C.
333 Bush Street, Suite 2020
San Francisco, CA 94104
www.vallalaw.com

| | | speculation |
|---|---|---|
| 84 | 1-5 | Argumentative |
| 89 | 14-24 | |
| 91 | 8-13 | |
| 100 | 16-25 | |
| 101 | 1-17; 24-25 | Relevance |
| 102 | 1-25 | Relevance |
| 103 | 1-25 | Relevance |
| 104 | 1-3 | |
| 105 | 7-25 | |
| 106 | 1-25 | |
| 108 | 4-25 | |
| 109 | 1-25 | |
| 110 | 1-25 | |
| 111 | 1-14 | |
| 112 | 5-19; 25 | |
| 113 | 1-21 | |
| 114 | 5-25 | |
| 115 | 1-4 | |
| 117 | 4-25 | |
| 118 | 1-9 | |
| 124 | 3-25 | |
| 125 | 1-25 | Relevance; lack of foundation |
| 126 | 1-25 | Relevance; lack of foundation |
| 128 | 24-25 | |
| 129 | 1 | |
| 130 | 11-25 | |
| 131 | 1-25 | |
| 132 | 1-2; 16-25 | |
| 133 | 1-25 | |
| 134 | 1-23 | |
| 135 | 7-25 | |
| 136 | 1-25 | |
| 137 | 1-8 | |
| 138 | 7-25 | |
| 139 | 1-25 | |
| 140 | 1-4; 17-25 | |
| 141 | 1-25 | |
| 142 | 1-8 | |
| 151 | 3-25 | |
| 152 | 1-25 | |
| 153 | 1-12 | |
| 154 | 20-25 | |
| 155 | 1-25 | |
| 156 | 1-25 | |
| 157 | 1-21 | |
| 159 | 20-25 | |

JOINT WITNESS LIST WITH PARTIES' DEPOSITION TRANSCRIPT DESIGNATIONS AND OBJECTIONS
(CV 19-09336-DFM)

| 160 | 1-25 | |
| 161 | 1-18 | |
| 164 | 23-25 | |
| 165 | 1-25 | |
| 166 | 1-7 | |
| 167 | 2-25 | |
| 168 | 1-25 | Relevance; lack of foundation |
| 169 | 1-25 | Relevance; lack of foundation |
| 170 | 1-25 | Relevance; lack of foundation |
| 171 | 1-2; 21-25 | |
| 172 | 1-25 | |
| 173 | 1; 17-25 | |
| 174 | 1-25 | |
| 175 | 1-25 | |
| 176 | 1-25 | |
| 177 | 1-4; 24-25 | |
| 178 | 1-8; 22-25 | Assumes facts |
| 179 | 1-4; 18-25 | Argumentative |
| 180 | 1-25 | Argumentative |
| 181 | 1-25 | |
| 182 | 1-25 | Speculation; lack of foundation; incomplete hypothetical |
| 183 | 1-11 | |
| 186 | 1-25 | |
| 187 | 1-4; 17-25 | |
| 188 | 1-25 | |
| 189 | 1-24 | |
| 190 | 10-25 | |
| 191 | 1; 13-25 | |
| 192 | 1-25 | |
| 193 | 1-16 | |
| 194 | 11-25 | |
| 195 | 1-25 | |
| 196 | 1-2 | |
| 201 | 3-15 | |
| 206 | 12-17 | |
| 207 | 1-3 | |

## Defendants' Designations and Plaintiff's Objections

| Page | Line | Plaintiff's Objections |
| --- | --- | --- |
| 8 | 11-13 | |
| 11 | 20-25 | |
| 12 | 1-25 | |
| 13 | 1-25 | |
| 14 | 1 | |
| 15 | 1-25 | |

Valla & Associates, Inc., P.C.
333 Bush Street, Suite 2020
San Francisco, CA 94104
www.vallalaw.com

Valla & Associates, Inc., P.C.
333 Bush Street, Suite 2020
San Francisco, CA 94104
www.vallalaw.com

| | | |
|---|---|---|
| 16 | 1-14 | |
| 17 | 4-21 | |
| 18 | 2-25 | |
| 19 | 1-25 | |
| 20 | 7-25 | |
| 21 | 1-25 | |
| 22 | 1-25 | |
| 23 | 1 | |
| 41 | 10-25 | |
| 42 | 1-25 | |
| 43 | 1-10 | |
| 48 | 14-25 | |
| 49 | 1-25 | |
| 50 | 1-3; 19-25 | |
| 51 | 1-10; 22-25 | |
| 52 | 1-9 | |
| 56 | 19-25 | |
| 57 | 1-8 | |
| 58 | 23-25 | |
| 59 | 1-16 | |
| 60 | 23-25 | |
| 61 | 1 | |
| 63 | 4-20 | |
| 70 | 22-25 | |
| 71 | 1-25 | |
| 78 | 19-25 | |
| 79 | 1-20 | |
| 99 | 14-25 | Relevance; lacks foundation; assumes facts not in evidence |
| 100 | 1-15 | |
| 102 | 2-21 | |
| 108 | 2-25 | |
| 109 | 1-25 | |
| 110 | 1-25 | |
| 111 | 1-25 | |
| 112 | 1-25 | |
| 113 | 1-25 | |
| 114 | 1-25 | |
| 115 | 1-4 | |
| 143 | 19-24 | |
| 153 | 13-14 (Counter-designation) | |
| 159 | 20-25 | |
| 160 | 1-14 | |
| 161 | 8-18 | |

Valla & Associates, Inc., P.C.
333 Bush Street, Suite 2020
San Francisco, CA 94104
www.vallalaw.com

| | | |
|---|---|---|
| 166 | 8-21 | |
| 167 | 2-12 | |
| 170 | 16-18 | |
| 172 | 8-25 | |
| 173 | 1-25 | |
| 174 | 1-25 | |
| 175 | 1-25 | |
| 176 | 1-24 | |
| 177 | 24-25 | |
| 178 | 1-25 | |
| 179 | 1-17 | |
| 180 | 13-25 | |
| 181 | 1-25 | |
| 182 | 1-25 | |
| 183 | 1-25 | |
| 184 | 1-14 | |
| 185 | 13-25 | |
| 186 | 1-25 | |
| 187 | 1-25 | |
| 188 | 1-25 | |
| 189 | 1-25 | |
| 190 | 1-9 | |
| 192 | 21-25 | |
| 193 | 1-25 | |
| 194 | 1-5 | |

## PARTIES' DESIGNATIONS OF THE DEPOSITION TRANSCRIPT OF ANNA KOVALKOVA AND CORRESPONDING OBJECTIONS

**Plaintiff's Designations and Defendants' Objections**

| Page | Line | Defendants' Objections |
|---|---|---|
| 15 | 19-25 | |
| 16 | 1-18 | |
| 17 | 6-12 | |
| 18 | 25 | |
| 19 | 1-25 | |
| 20 | 1-5; 15-24 | |
| 21 | 16-25 | |
| 22 | 1-14 | |
| 23 | 13-25 | |
| 24 | 1-2 | Relevance |
| 31 | 22-24 | Relevance |
| 32 | 22-25 | |
| 33 | 1-5; 11-22 | |
| 34 | 6-25 | |

Valla & Associates, Inc., P.C.
333 Bush Street, Suite 2020
San Francisco, CA 94104
www.vallalaw.com

| | | |
|---|---|---|
| 35 | 1-7 | |
| 37 | 19-25 | |
| 38 | 1-20 | |
| 39 | 11-18 | |
| 40 | 20-23 | |
| 42 | 16-23 | |
| 44 | 5-25 | |
| 45 | 1-3 | |
| 48 | 6-16; 25 | |
| 49 | 1-6 | |
| 52 | 10-25 | |
| 53 | 1-4 | |
| 54 | 5-25 | |
| 55 | 1-21 | |
| 57 | 13-25 | |
| 58 | 1 | |
| 70 | 22-25 | |
| 71 | 1-13 | |
| 76 | 4-9 | Incomplete (answer only) |
| 81 | 11-15 | |
| 82 | 20-25 | |
| 83 | 1-11 | |
| 97 | 17-23 | |
| 108 | 9-19 | |
| 120 | 8-16 | |
| 121 | 8-21 | |
| 123 | 18-25 | |
| 124 | 4-17 | |
| 127 | 21-25 | |
| 128 | 1-18 | |
| 130 | 13-25 | |
| 131 | 1-4; 9-12; 17-23 | |
| 146 | 1-7; 20-25 | |
| 147 | 1-2 | |
| 149 | 12-23 | |
| 155 | 23-25 | |
| 156 | 1-25 | |
| 157 | 1-9 | |
| 160 | 10-18 | Everything after "I don't" is nonresponsive. Move to strike. |
| 161 | 21-25 | |
| 162 | 1-25 | |
| 163 | 1-13 | |
| 176 | 16-25 | Speculation; Lack of Foundation; Incomplete Hypothetical |
| 177 | 1-13 | Speculation; Lack of Foundation; Incomplete |

JOINT WITNESS LIST WITH PARTIES' DEPOSITION TRANSCRIPT DESIGNATIONS AND OBJECTIONS
(CV 19-09336-DFM)

| | | Hypothetical |
|---|---|---|
| 178 | 15-21 | |

## Defendants' Designations and Plaintiff's Objections

| Page | Line | Plaintiff's Objections |
|---|---|---|
| 8 | 19-23 | |
| 9 | 3-11 | |
| 10 | 9-12 | |
| 14 | 2-19 | |
| 15 | 5-16; 19-25 | |
| 16 | 1-18 | |
| 17 | 6-25 | |
| 18 | 1-19; 25 | |
| 19 | 1-8 | |
| 20 | 15-17 | |
| 22 | 1-10 | |
| 23 | 13-25 | |
| 24 | 1-9 | |
| 31 | 25 | |
| 32 | 1-9; 22-25 | |
| 33 | 1-5; 11-22 | |
| 34 | 6-25 | |
| 35 | 1-7; 11-19 | |
| 37 | 8-25 | |
| 38 | 1-13; 21-25 | |
| 39 | 1-25 | |
| 40 | 1-25 | |
| 41 | 1-10 | |
| 44 | 23-25 | |
| 45 | 1-3 | |
| 46 | 3-21 | |
| 47 | 11-18; 24-25 | |
| 48 | 1-5 | |
| 49 | 3-6; 11-25 | |
| 50 | 1-19 | |
| 51 | 17-25 | |
| 52 | 1-21; 23-25 | |
| 53 | 1-105 | |
| 57 | 2-6; 16-25 | |
| 58 | 1-25 | |
| 59 | 1-25 | |
| 60 | 1-25 | |
| 61 | 1-25 | |
| 62 | 1-5; 13-25 | |

Valla & Associates, Inc., P.C.
333 Bush Street, Suite 2020
San Francisco, CA 94104
www.vallalaw.com

Valla & Associates, Inc., P.C.
333 Bush Street, Suite 2020
San Francisco, CA 94104
www.vallalaw.com

| 63 | 1-14 | |
|---|---|---|
| 64 | 7-25 | |
| 65 | 1-2; 7-25 | |
| 66 | 1-15 | |
| 67 | 8-25 | |
| 68 | 1-2; 14-25 | |
| 69 | 1-24 | |
| 70 | 7-21 | |
| 71 | 14-25 (Counter-designation) | |
| 72 | 1-4 (Counter-designation) | |
| 72 | 5-25 | |
| 73 | 1-12 | |
| 74 | 14-25 | |
| 75 | 1-14 | Vague and ambiguous; lacks personal knowledge |
| 76 | 10-20 | |
| 78 | 12-25 | |
| 79 | 1-25 | |
| 80 | 1; 16-25 | |
| 81 | 1-3; 11-15 | |
| 82 | 16-25 | |
| 83 | 1-15 | |
| 88 | 4-25 | |
| 89 | 1-25 | |
| 90 | 1-25 | |
| 91 | 1-25 | Hearsay |
| 92 | 1-17 | |
| 93 | 8-25 | |
| 94 | 1-25 | |
| 95 | 1-25 | |
| 96 | 1-25 | |
| 97 | 1-23 | |
| 98 | 15-25 | |
| 99 | 1-24 | |
| 100 | 3-25 | |
| 101 | 1-4 | |
| 102 | 13-25 | |
| 103 | 1-25 | |
| 104 | 1-23 | |
| 105 | 22-25 | |
| 106 | 12-25 | |
| 107 | 1-3; 9-15; 21-25 | |

JOINT WITNESS LIST WITH PARTIES' DEPOSITION TRANSCRIPT DESIGNATIONS AND OBJECTIONS
(CV 19-09336-DFM)

Valla & Associates, Inc., P.C.
333 Bush Street, Suite 2020
San Francisco, CA 94104
www.vallalaw.com

| 108 | 1-13 | |
| 109 | 19-25 | |
| 110 | 1-3; 15-25 | |
| 111 | 1; 22-25 | |
| 112 | 1-6 | |
| 113 | 6-25 | Hearsay; lacks foundation; lacks personal knowledge |
| 114 | 1-8; 13-25 | Hearsay; lacks foundation; lacks personal knowledge |
| 115 | 1-8 | |
| 117 | 12-25 | |
| 118 | 1-3 | |
| 119 | 2-25 | |
| 120 | 1-16 | |
| 121 | 2-20 | |
| 122 | 21-25 | |
| 123 | 1-5; 11-25 | |
| 124 | 11-25 | |
| 125 | 1-25 | |
| 126 | 1-14 | |
| 127 | 12-25 | |
| 128 | 1-25 | |
| 129 | 1-25 | Objection to the form of the question (lines 14-16) on the basis that it is misleading, and, therefore, the response (lines 17-18) is prejudicial. |
| 130 | 1-5 | |
| 131 | 2-23 | |
| 133 | 9-25 | |
| 134 | 1-17 | |
| 137 | 22-25 | |
| 138 | 1-10 | |
| 139 | 2-11; 19-24 | |
| 141 | 16-23 | |
| 178 | 6-14 (Counter-designation) | |

/ / /

/ / /

/ / /

/ / /

JOINT WITNESS LIST WITH PARTIES' DEPOSITION TRANSCRIPT DESIGNATIONS AND OBJECTIONS
(CV 19-09336-DFM)

1    DATED:  April 19, 2023            Valla & Associates, Inc., P.C.

2                                      By:    */s/ Lisa Schachne*
                                              Lisa Schachne, Esq.
3                                             Attorneys for Plaintiff Castel S.A.

4
                                       Julander, Brown & Bollard
5
                                       By:    */s/ Catherine Close*
6                                             Catherine Close, Esq.
                                              Attorneys for Defendants ARF
7                                             Partners, LLC, and Christopher Wilson

8

9

10

11

12

13

14

15

16

17

18

19

20

21

Valla & Associates, Inc., P.C.
333 Bush Street, Suite 2020
San Francisco, CA 94104
www.vallalaw.com

1

## SIGNATURE CERTIFICATION

2

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative

3   Policies and Procedures Manual, I hereby certify that the content of this document

4   is acceptable to Catherine Close, Esq., counsel for Defendants ARF Partners, LLC

5   and Christopher Wilson. I have obtained Ms. Close's authorizations to affix their

6   electronic signatures to this document.

7

8

    */s/ Lisa Schachne*
    Lisa Schachne, Esq.
    Valla & Associates, Inc., P.C.

9       Attorneys for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

*Valla & Associates, Inc., P.C.*
333 Bush Street, Suite 2020
San Francisco, CA 94104
www.vallalaw.com

JOINT WITNESS LIST WITH PARTIES' DEPOSITION TRANSCRIPT DESIGNATIONS AND OBJECTIONS
(CV 19-09336-DFM)