

Dirk O. Julander, Bar No. 132313
 doj@jbblaw.com
Catherine A. Close, Bar No. 198549
 cac@jbblaw.com
Tiffany Wang, Bar No. 305244
 tiffany@jbblaw.com
JULANDER, BROWN & BOLLARD
9110 Irvine Center Drive
Irvine, California 92618
Telephone:  (949) 477-2100
Facsimile:  (949) 477-6355

Attorneys for Defendants
CHRISTOPHER A. WILSON and ARF PARTNERS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASTEL S.A., a Luxembourg joint stock company (societe anonyme),<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER A. WILSON, an individual; PHAROS CAPITAL PARTNERS II, LP, a Delaware limited partnership; PHAROS CAPITAL PARTNERS II-A, LP, a Delaware limited partnership; OLIVIA HO CHENG, an individual; ARF PARTNERS, LLC, a Massachusetts limited liability company; AURORA HEALTHCARE US CORP, a Massachusetts corporation; STEVEN J. JAMES, an individual,<br><br>Defendants. | Case No. 2:19-cv-09336-ODW-PVC<br><br>**DECLARATION OF CHRISTOPHER A. WILSON**<br><br>**[DIRECT TESTIMONY RE: BACKGROUND FACTS]**<br><br>The Honorable Douglas F. McCormick<br>Courtroom 6B, 6th Floor<br><br>Trial<br>Date:   May 22, 2023<br>Time:   9:00 a.m. |

# DECLARATION OF CHRISTOPHER A. WILSON

I, CHRISTOPHER A. WILSON, hereby declare and state under penalty of perjury the following facts:

1. I am over the age of eighteen and a defendant in the above-captioned action. I have personal knowledge of the following facts and, if called upon to testify, I can and will truthfully testify thereto.

2. I am an attorney licensed to practice law in California. I received my B.A. in International Relations from Brigham Young University in 1985 and my J.D. with honors from the J. Reuben Clark Law School, Brigham Young University, in 1987. Until my recent retirement, I practiced corporate M&A and Securities law in Orange County, California, for more than 35 years.

3. After law school, I practiced with some of the nation's most prestigious firms, including O'Melveny & Myers and Pillsbury Winthrop (formerly known as Pillsbury Madison & Sutro). I was a partner at Pillsbury Winthrop from 2000 to 2003 before starting a solo practice in Newport Beach. In 2007, I became a partner in the law firm of Wilson, Haglund & Paulson in Irvine. After the dissolution of Wilson Haglund & Paulson, I founded Wilson & Oskam, LLP in January 2012. After the death of my partner, Gerard Oskam, I became a partner in the law firm of Wilson, Bradshaw, LLP.

4. During my approximately 35 years of practice, I was involved in virtually every type and size of corporate transaction, from small public offerings and private placements, to large public company mergers and acquisitions. I represented many emerging businesses and small public companies and advised them on a multitude of legal issues arising from starting, financing, growing, and selling their business.

5. Over the years I have also served on the Board of Directors for various companies, including Transformation Technologies, Inc., and Great Western Iron Work Properties, Inc. In 2016, I also acted as the CEO and member of the Board of Directors for Remediation & Recycling Technologies, Inc.

6. I was first introduced to Aurora Imaging Technology, Inc. ("AIT") by my father-in-law, Rondell B. Hanson, who originally owned approximately 89,050 shares of AIT's common stock, 65,611 shares of Series A preferred stock, and roughly 3,125 shares of Series B preferred stock.

7. In approximately 2012, my law firm (Wilson & Oskam, LLP at the time) was retained as outside corporate general counsel for AIT to advise the company on legal matters as requested by management and/or the Board of Directors. Specifically, Wilson & Oskam reviewed, revised, and advised AIT in connection with loans from Janan Investment Corporation and Pharos Capital Partners II, LP and Pharos Capital Partners II-A, LP (collectively "Pharos").

8. Later in 2012, Rondell Hanson gifted his AIT stock to his children and their spouses, including me. I received 17,811 shares of common stock, 13,122 shares Series A preferred stock, and 625 shares Series B preferred stock, making me a very small minority shareholder of AIT.

9. In late 2012 or early 2013, I became a member of AIT's Board of Directors.

10. In May 2015, AIT's Board of Directors voted to retain bankruptcy counsel to evaluate the company's financial condition and to draft a voluntary petition for liquidation under Chapter 7. Shortly thereafter, AIT's officers and all other members of the Board of Directors resigned. Prior to their resignation, the resigning board members voted to appoint me as the interim President and CEO to shepherd the company through the liquidation/bankruptcy/winding down process.

11. I resigned as the sole Director and CEO of AIT in June 2020. After my resignation in 2020, I had no further involvement in AIT.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed May 16, 2023, at Provo, Utah.

_____
CHRISTOPHER A. WILSON