Dirk O. Julander, Bar No. 132313
 *doj@jbblaw.com*
Catherine A. Close, Bar No. 198549
 *cac@jbblaw.com*
Tiffany W. Harlan, Bar No. 305244
 *tiffany@jbblaw.com*
JULANDER, BROWN & BOLLARD
9110 Irvine Center Drive
Irvine, California 92618
Telephone: (949) 477-2100
Facsimile: (949) 477-6355

Attorneys for Defendants
CHRISTOPHER A. WILSON and ARF PARTNERS, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CASTEL S.A., a Luxembourg joint stock company (societe anonyme),<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER A. WILSON, an individual; PHAROS CAPITAL PARTNERS II, LP, a Delaware limited partnership; PHAROS CAPITAL PARTNERS II-A, LP, a Delaware limited partnership; OLIVIA HO CHENG, an individual; ARF PARTNERS, LLC, a Massachusetts limited liability company; AURORA HEALTHCARE US CORP, a Massachusetts corporation; STEVEN J. JAMES, an individual,<br><br>Defendants. | Case No. 2:19-cv-09336-DFM<br><br>The Honorable Douglas F. McCormick<br>Courtroom 6B, 6th Floor<br><br>**NOTICE OF LODGING CERTIFIED TRANSCRIPT OF MATTIA MALACALZA**<br><br>Trial<br>Date:   May 22, 2023<br>Time:   9:00 a.m. |

**TO PLAINTIFF AND ITS COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant CHRISTOPHER A. WILSON hereby lodges with the Court certified copies of the transcript of the deposition of Mattia Malacalza, Vol. 1, taken on July 20, 2021 and Vol. 2, taken on July 21, 2021, for use at the trial in this matter.

DATED: May 22, 2023          JULANDER, BROWN & BOLLARD

By:    /s/ Dirk O. Julander
Dirk Julander
Attorneys for Defendants
CHRISTOPHER A. WILSON and ARF PARTNERS, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of May, 2023, I electronically filed the foregoing paper(s) with the Clerk of the Court using the ECF system which will send notification to all parties of record or persons requiring notice.

*/s/ Dirk O. Julander*
Dirk O. Julander