# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 2:19-cv-09336 DFM | Date: | May 18, 2023 |
|---|---|---|---|
| Title | Castel S.A. v. Christopher A. Wilson, et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | CS 05/18/2023 |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Antonio Valla<br>Lisa Schachne | Catherine Close |

| Proceedings: | Telephonic Exhibit Conference |
|---|---|

Case called and counsel make their appearances.  Court and counsel confer regarding exhibits to be admitted at trial.  Objections withdrawn as to Exhibits 70, 71, 76, 77, 102, and 118.  Court receives exhibits 58, 78, 92, 123, and 124.

:    40

Initials of Clerk:    nb