# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | 2:19-cv-09336 DFM |
| Title: | Castel S.A. v. Christopher A. Wilson, et al. |
| Date | May 25, 2023 |

Present: The Honorable  Douglas F. McCormick

| Nancy Boehme | Deborah Parker |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Antonio Valla | Dirk Julander |
| Lisa Schachne | Catherine Close |

   4th   Day Court Trial         Day Jury Trial

____ One day trial:   ____ Begun (1st day);   ____ Held & Continued;   ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made by

X  Witnesses called, sworn and testified.   X  Exhibits Identified   X  Exhibits admitted.

____ Plaintiff(s) rest.          ____ Defendant(s) rest.

____ Closing arguments made by   ____ plaintiff(s)   ____ defendant(s).   ____ Court instructs jury.

____ Bailiff(s) sworn.   ____ Jury retires to deliberate.   ____ Jury resumes deliberations.

____ Jury Verdict in favor of   ____ plaintiff(s)   ____ defendant(s) is read and filed.

____ Jury polled.   ____ Polling waived.

____ Filed Witness & Exhibit Lists   ____ Filed jury notes.   ____ Filed jury instructions.

____ Judgment by Court for   ____ plaintiff(s)   ____ defendant(s).

____ Findings, Conclusions of Law & Judgment to be prepared by   ____ plaintiff(s)   ____ defendant(s).

____ Case submitted.   ____ Briefs to be filed by

____ Motion to dismiss by ____ is ____ granted. ____ denied. ____ submitted.

____ Motion for mistrial by ____ is ____ granted. ____ denied. ____ submitted.

____ Motion for Judgment/Directed Verdict by ____ is ____ granted. ____ denied. ____ submitted.

____ Settlement reached and placed on the record.

____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

____ Trial subpoenaed documents returned to subpoenaing party.

X  Case continued to   May 26, 2023, at 9:30 am   for further trial/further jury deliberation.

____ Other:

                                                               4 : 30

                                        Initials of Deputy Clerk   nb