# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| Case No. | 2:19-cv-09336 DFM | Date | May 30, 2023 |
|---|---|---|---|
| Title: | Castel S.A. v. Christopher A. Wilson, et al. | | |

Present: The Honorable  Douglas F. McCormick

| Nancy Boehme | Miriam Baird |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Antonio Valla | Dirk Julander |
| Lisa Schachne | Catherine Close |

__6th__ Day Court Trial   ____ Day Jury Trial

____ One day trial;   ____ Begun (1st day);   ____ Held & Continued;   ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.
____ Opening statements made by
__X__ Witnesses called, sworn and testified.   __X__ Exhibits Identified   __X__ Exhibits admitted.
____ Plaintiff(s) rest.   __X__ Defendant(s) rest.
____ Closing arguments made by ____ plaintiff(s) ____ defendant(s).   ____ Court instructs jury.
____ Bailiff(s) sworn.   ____ Jury retires to deliberate.   ____ Jury resumes deliberations.
____ Jury Verdict in favor of ____ plaintiff(s) ____ defendant(s) is read and filed.
____ Jury polled.   ____ Polling waived.
____ Filed Witness & Exhibit Lists   ____ Filed jury notes.   ____ Filed jury instructions.
____ Judgment by Court for _____ ____ plaintiff(s) ____ defendant(s).
____ Findings, Conclusions of Law & Judgment to be prepared by ____ plaintiff(s) ____ defendant(s).
____ Case submitted.   ____ Briefs to be filed by
____ Motion to dismiss by _____ is ____ granted. ____ denied. ____ submitted.
____ Motion for mistrial by _____ is ____ granted. ____ denied. ____ submitted.
____ Motion for Judgment/Directed Verdict by _____ is ____ granted. ____ denied. ____ submitted.
____ Settlement reached and placed on the record.
____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
____ Trial subpoenaed documents returned to subpoenaing party.
____ Case continued to _____ for further trial/further jury deliberation.
__X__ Other:   Closing briefs due July 21, 2023. Court sets hearing on closing argument for August 4, 2023, at 10:00 am.

                                                                                                2 : 50

                                                                    Initials of Deputy Clerk   nb