# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CASTEL S.A., a Luxembourg joint stock company (societe anonyme),<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER A. WILSON, an individual; PHAROS CAPITAL PARTNERS II, LP, a Delaware limited partnership; PHAROS CAPITAL PARTNERS II-A, LP, a Delaware limited partnership; OLIVIA HO CHENG, an individual; ARF PARTNERS, LLC, a Massachusetts limited liability company; AURORA HEALTHCARE US CORP, a Massachusetts corporation; STEVEN J. JAMES, an individual,<br><br>Defendants. | Case No.: 2:19-cv-09336-DFM<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE CLOSING BRIEF DEADLINE**<br><br>Trial Date:   May 22-30, 2023<br><br>*The Honorable Douglas F. McCormick Courtroom 6B* |

## ORDER

HAVING FOUND GOOD CAUSE APPEARING and pursuant to the parties' stipulation, the Court hereby continues the parties' deadline to file and serve Closing Briefs to July 28, 2023.

**IT IS SO ORDERED.**

DATED:

_____
HON. DOUGLAS F. MCCORMICK
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of July, 2023, a true and correct copy of **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE CLOSING BRIEF DEADLINE** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Helene Saller*
Helene Saller, an Employee of
JULANDER, BROWN & BOLLARD