Antonio Valla, Esq. (SBN 136256)
Lisa Schachne, Esq. (SBN 300499)
Kevin Sherman, Esq. (SBN 316823)
Valla & Associates, Inc., P.C.
333 Bush Street, Suite 2020
San Francisco, CA 94104
Telephone:  415.856.9001

Attorneys for
Castel S.A. a Luxembourg joint stock company *(societe anonyme)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASTEL S.A., a Luxembourg joint stock company *(societe anonyme)*<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER A. WILSON, an individual; OLIVIA HO CHENG, an individual; ARF PARTNERS, LLC, a Massachusetts limited liability company; STEVEN J. JAMES, an individual; MICHAEL DEVLIN, an individual.<br><br>Defendants. | Case No.: 2:19-cv-09336-DFM<br><br>**DECLARATION OF LISA SCHACHNE IN SUPPORT OF PLAINTIFF CASTEL S.A.'S DAMAGES AND REMEDIES**<br><br>Trial: May 22, 2023<br>Courtroom: 6B, 6th Floor<br>Judge: Hon. Douglas F. McCormick<br><br>Action Filed: October 30, 2019<br>Closing Arguments: August 4, 2023 |

I, Lisa Schachne, hereby declare and state under penalty of perjury the following:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Valla & Associates, Inc. P.C., attorneys of record for Plaintiff, CASTEL S.A., a Luxembourg joint stock company (societe anonyme). I submit this Declaration in support of Plaintiff's Closing Brief.

2. In relation to the *Castel S.A. v. Aurora Imaging Technology, Inc.* matter Case No. CV-17-4198-DMG, Castel S.A. paid $127,550 in attorney's fees and $18,412 in costs for a total of $145,962.

3. The $145,962 were fees and costs entirely related to the *Castel S.A. v. Aurora Imaging Technology, Inc.* matter, including litigation fees and costs and post-judgment collections fees and costs.

Executed on this 28th day of July, 2023 in San Francisco, CA.


By: */s/ Lisa Schachne*
    Lisa Schachne, Esq.