UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASTEL S.A., a Luxembourg joint stock company *(societe anonyme)*<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTOPHER A. WILSON, an individual; OLIVIA HO CHENG, an individual; ARF PARTNERS, LLC, a Massachusetts limited liability company; STEVEN J. JAMES, an individual; MICHAEL DEVLIN, an individual.<br><br>Defendants. | Case No.: 2:19-cv-09336-DFM<br><br>[PROPOSED] JUDGMENT<br><br>Courtroom: 6B, 6th Floor<br>Judge: Hon. Douglas F. McCormick<br><br>Action Filed: October 30, 2019<br>Trial Held: May 22-30, 2023 |

On February 8, 2022, the Honorable Otis D. Wright, Federal District Judge, granted summary judgment in favor of the following defendants and against Plaintiff Castel S.A. on all claims asserted in the Operative Second Amended Complaint against these defendants [Doc. No. 176]. Specifically:

- The Second Claim for Fraudulent Deceit and Concealment alleged against Defendants Steven J. James and Olivia Ho Cheng; and

- The Sixth Claim for Civil Conspiracy alleged against Defendant Olivia Ho Cheng.

1  Thereafter, the remaining parties to the action consented to proceed to trial
2  before the undersigned Magistrate Judge. [See Doc. Nos. 192, 194.] This action
3  came before the Court for a bench trial which was held by the undersigned Judge
4  starting on May 22, 2023 and concluding on May 30, 2023. Closing briefs were
5  submitted by the parties on July 28, 2023 and closing arguments were held in front
6  of the undersigned Judge on August 4, 2023. Based upon the evidence presented at
7  trial, as well as the parties' closing briefs and closing arguments, this Court entered
8  its Findings of Fact and Conclusions of Law on September 27, 2023. [Doc. No.
9  242.]

10  **THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND**
11  **DECREED AS FOLLOWS:**
12  That judgment be entered in favor of Defendant Steven J. James and against
13  Plaintiff Castel S.A. on the Second Amended Complaint;
14  That judgment be entered in favor of Defendant Olivia Ho Cheng and
15  against Plaintiff Castel S.A. on the Second Amended Complaint;
16  That judgment be entered in favor of Defendant ARF Partners, LLC and
17  against Plaintiff Castel S.A. on the Third Claim for Fraudulent Deceit and
18  Concealment;
19  That judgment be entered in favor of Plaintiff Castel S.A. and against
20  Defendant ARF Partners, LLC on the Seventh Claim for Breach of Contract, for
21  nominal damages in the sum of $1.00;

That judgment be entered in favor of Plaintiff Castel S.A. and against Defendant Christopher A. Wilson on the First Claim for Fraudulent Deceit and Concealment, for compensatory damages in the amount of $100,000; and

That judgment be entered in favor of Defendant Christopher A. Wilson and against Plaintiff Castel S.A. on the Fourth Claim for Breach of Fiduciary Duty.

**IT IS SO ORDERED.**

DATED: October 12, 2023

_____
Hon. Douglas F. McCormick
United States Magistrate Judge